AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:22-mj-00095 |
| KENNETH CABRERA | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/22/2022__ in the county of __York__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal Possession of Machine Gun |
| 26 U.S.C. § 5861(b) | Receipt or Possession of a Firearm Transferred in Violation of NFA |
| 26 U.S.C. § 5861(c) | Receipt or Possession of a Firearm Made in Violation of NFA |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Anderson, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/22/2022

*s/ Martin C. Carlson - telephonically authorized*
*Judge's signature*

City and state: Harrisburg, Pennsylvania

Martin C. Carlson, United States Magistrate Judge
*Printed name and title*